UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>NAVARRA FAMILY LLC, a California Limited Liability Company; JAZD, INC., a California Corporation; and Does 1-10,<br><br>Defendants. | Case: 2:14-CV-01115-JAM-AC<br><br>**ORDER** |

# **ORDER**

Pursuant to the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 6/29/15        /s/ John A. Mendez_____
                     HONORABLE JOHN A. MENDEZ
                     UNITED STATES DISTRICT COURT JUDGE